[Nos. 6276–3–II; 6277–1–II. Division Two. April 26, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD WILLIAM MARR, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS EDWARD JUSTICE, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 52532, William L. Brown, Jr., J., entered May 26, 1978. *Affirmed* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5375–6–II. Division Two. April 26, 1983.]

UNITED STATES FIRE INSURANCE CO., *Appellant,*
v. VEDA KAY RONDE, *Individually and
as Personal Representative,
Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 73395, John H. Kirkwood, J., entered February 3, 1981. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.